Matter of Ayers (Commissioner of Labor) (2025 NY Slip Op 03854)

Matter of Ayers (Commissioner of Labor)

2025 NY Slip Op 03854

Decided on June 26, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:June 26, 2025

CV-24-1861
[*1]In the Matter of the Claim of Anne Ayers, Appellant. Commissioner of Labor, Respondent.

Calendar Date:May 23, 2025

Before:Garry, P.J., Pritzker, Lynch, Ceresia and Mackey, JJ.

Anne Ayers, Eden, appellant pro se.
Letitia James, Attorney General, New York City (Linda D. Joseph of counsel), for respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 14, 2024, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.
Decision affirmed. No opinion.
Garry, P.J., Pritzker, Lynch, Ceresia and Mackey, JJ., concur.
ORDERED that the decision is affirmed, without costs.